Exhibit 1

 1/6.

DEED OF GIFT

By these presents, we hereby irrevocably and unconditionally give, transfer and assign to Containers of Mind Foundation, Inc., a New York not-for-profit corporation, by way of gift, all right, title and possession, including literary rights including copyright, except as limitations to our exclusive rights may be allowed under the copyright laws of the United States, its treaties and conventions, to the works of art, manuscripts and materials more fully described in Schedule A annexed, created by us, ARAKAWA and MADELINE GINS. We affirm that we own all such works, materials and manuscripts and to the best of our knowledge have good and complete right and title to give.

Dated: May 15, 1987

Containers of Mind Foundation, Inc., hereby acknowledges receipt of the above Deed of Gift.

Dated: May 15, 1987

Secretary

JANE GREGORY RUBIN

Schedule A

4/6.

The Mechanism of Meaning
(all panels are 5'8" x 8', made with oil and acrylic on canvas)

1. Panel constituting a list of the subdivisions

2.Neutralization of Subjectivity:Lead panel (Use these exercises as a series of filters...)
3.Neutralization of Subjectivity: Panel 2 (Make these lines as elastic as possible...)
4.Neutralization of Subjectivity: Panel 3, collage (Look at any close object as you open and close your eyes for several minutes)
5.Neutralization of Subjectivity: Panel 4, collage (Keep the viscosity equal to the deliquescence)
6.Neutralization of Subjectivity: Sketch with collage (For instance - scratch an object)

7.Localization and Transference: Lead panel, collage (The following words and figures attempt....)
8.Localization and Transference: Panel 2, collage (Enclosure for one attention span)
9.Localization and Transference: Panel 3, collage (These are two or more dots which were unable to be separated)
10.Localization and Transference: Sketch (Structure attempts localization through visualization)

11.Presentation of Ambiguous Zones: Lead panel (everything is ambiguous as well as the judgement...)
12.Presentation of Ambiguous Zones: Panel 2, collage (This is a cohesive, viscous, adhesive, sessile....)
13.Presentation of Ambiguous Zones: Sketch with watercolor mounted as collage (About the network of Ambiguous Zones as a lemon...)
14.Presentation of Ambiguous Zones: Panel 3 (At this moment the whole structure repeats itself...)
15.Presentation of Ambiguous Zones: Panel 4, collage (Each of these is upside down)

16.The Energy of Meaning (Biochemical, Physical, and Psychophysical Aspects): Lead Panel (a study of sign in motion, as motion;)
17.The Energy of Meaning (Biochemical, Physical, and Psychophysical Aspects): Panel 2, collage (As you draw your eyes back and forth across the canvas...)
18.The Energy of Meaning (Biochemical, Physical, and Psychophysical Aspects): Panel 3, collage (A card becomes a foot)
19..The Energy of Meaning (Biochemical, Physical, and Psychophysical Aspects): Sketch (Metal dot in constant motion...)
20.The Energy of Meaning (Biochemical, Physical, and Psychophysical Aspects): Panel 4, collage (Welcome to the potential energy paths...)

21.Degrees of Meaning: Panel 1, collage (exercises to study the operation of abstraction)
22.Degrees of Meaning: Panel 2, collage (The two areas separated by the gray strip...)
23.Degrees of Meaning: Panel 3 (These are all the same size)
24.Degrees of Meaning: Panel 4, collage (Degrees of permeation)
25.Degrees of Meaning: Panel 5, collage (Before lifting this, decide if you have ever seen what is underneath)
26.Degrees of Meaning: Panel 6, collage (Vary the rate of pronunciation according to the length...)

27.Expansion and Reduction -- Meaning of Scale: Panel 1, collage (attempts to observe the regulatory operations)
28.Expansion and Reduction -- Meaning of Scale: Panel 2, collage (The neon sign is the key)
29.Expansion and Reduction -- Meaning of Scale: Panel 3, collage (Fuck intercourse)
30.Expansion and Reduction -- Meaning of Scale: Panel 4 (smaller) (The Diagram of Bottomless No. 2)
31.Expansion and Reduction -- Meaning of Scale: Panel 5, collage (The invasion of the body snatchers)

32.Splitting of Meaning: Lead Panel, collage** (exercises to demonstrate the separation,...)
33.Splitting of Meaning: Panel 2 (This is about to split...)
34.Splitting of Meaning: Panel 3 (A line is a crack)
35.Splitting of Meaning: Panel 4, collage (I was looking at a yellow table)
36.Splitting of Meaning: Panel 5, collage (I found this glove in my drawer...)
37.Splitting of Meaning: Panel 6, collage (Laugh only along your left side)

38.Reassembling: Lead panel (An investigation of the elements of reassembly....)
39.Reassembling: Panel 2, collage (Immediately upon recognition of this problem...)
40.Reassembling: Panel 3 (Transpose, separate, d isplace,...)
41.Reassembling: Panel 4, collage (For diagrams of A and B refer back to...)
42.Reassembling: Panel 5, collage (Preparations or elements for reassembly...)
43.Reassembling: Panel 6, collage (Observation schemas -- the speed of shift is...)
44.Reassembling: Panel 7 (Filling and casting)
45.Reassembling: Panel 8, collage (How much more difficult is this problem than its prototype?)
46.Reassembling: Sketch (Wear tape recorder with microphone always somewhere...)

47.Reversability: Lead panel, collage (To stretch the concept of being able to...)
48.Reversability: Panel 2, collage (How is everything?)
49.Reversability: Panel 3, (What have you forgotten?)
50.Reversability: Sketch (Core of flexibility only)
51.Reversability: Sketch (A fountain in the ocean)

52.Texture of Meaning: Lead panel, collage (Perceived texture -- texture of perception: )
53.Texture of Meaning: Panel 2, collage (What did you say or what is underneath?)
54.Texture of Meaning: Panel 3, collage (Find the one million holes in each section)
55.Texture of Meaning: Panel 4, collage (Toward a short circuit)
56.Texture of Meaning: Panel 5, collage (Empty texture...textstars?)
57.Texture of Meaning: Sketch (Rubber hook covered with metallic paint)

58.Mapping of Meaning: Lead panel (consider that any representation or system may be used as a map)
59.Mapping of Meaning: Panel 2, collage (The mapping of scale into scale)
60.Mapping of Meaning: Panel 3 (None of these is right or wrong)
61.Mapping of Meaning: Panel 4, collage (Expression of mapping)
62.Mapping of Meaning: Panel 5 (Map of an area for a map)

63.Feeling of Meaning: Lead Panel (Toward a demonstration of the affective role in cognition)
64.Feeling of Meaning: Sketch (Depending on...)
65.Feeling of Meaning: Panel 2, collage (Basketballs...)
66.Feeling of Meaning: Panel 3, collage (Which cup will be the first to break?)
67.Feeling of Meaning: Panel 4, collage (A woman's hair)

68.Logic of Meaning: Lead Panel,collage (Viewing logic as the order and/or context...)
69.Logic of Meaning: Panel 2 (Establish a common meeting point for each set of arrows)
70.Logic of Meaning: Panel 3, collage (The rules of this game are unrepeatable and almost a priori)
71.Logic of Meaning: Panel 4, collage (Use any combination of the sets below to demonstrate....)

72.Construction of the Memory of Meaning: Lead Panel, collage (A study of memory: its operations, its scope...)
73.Construction of the Memory of Meaning: Panel 2 (Indication of duration in present...)
74.Construction of the Memory of Meaning: Panel 3 (Duration in present time for memories of blue)
75.Construction of the Memory of Meaning: Panel 4 (Remember out of the

blue as into the blue)
76.Construction of the Memory of Meaning: Panel 5 (Past blue now present remembering the present past)
77.Construction of the Memory of Meaning: Panel 6 (Some of the which the above dots and lines indicate are: )

78.Meaning of Intelligence: Lead Panel (An exploration of what is meant by the statement...)
79.Meaning of Intelligence: Panel 2, collage (Find the limit of error)
80.Meaning of Intelligence: Panel 3 (If possible, please forget about any place not marked place)
81.Meaning of Intelligence: Panel 4 (Please don't laugh)
82.Meaning of Intelligence: Sketch (Dispersion/Disposition of intelligence)