Exhibit 4



# East Hampton Summer Architecture Studio
# THE AVANT-GARDE HOUSE

**DESIGN WORKSHOP FOR HIGH SCHOOL AND COLLEGE STUDENTS**
**DESIGN, ARCHITECTURE, INTERIORS, LANDSCAPE, ENVIRONMENT**
**6 SATURDAYS, 10AM – 12 NOON, JULY 8 – AUGUST 12, 2017**
**ARCHITECTURAL BODY RESEARCH FOUNDATION INSTITUTE**
**THE BIOSCLEAVE HOUSE, EAST HAMPTON, N.Y**
**EMAIL US FOR DETAILS: APMACN@GMAIL.COM, ANDREW MACNAIR ARCHITECT**