Exhibit 5

# ARCHITECTURAL BODY RESEARCH FOUNDATION INC.

October 7, 2015

LETTER TO: EXECUTORS OF MADELINE GINS ESTATE AND THE REVERSIBLE DESTINY FOUNDATION

Our responsibilities for the well-being of ABRF Inc. include the conservation and maintenance of the Foundation and its assets for carrying forward its charitable purposes.

It appears that the Estate of Madeline Gins has possession of assets that belong to ABRF Inc.

This seems to include work and projects produced by and within ABRF Inc. since 1987 such as landscape, urban planning and architectural drawings, models, publications, and other possible assets.

We also have found an irrevocable "Deed of Gift" made by Arakawa and Madeline Gins in 1987 giving the "Mechanism of Meaning" paintings and associated rights to the earlier Containers of Mind Foundation, Inc. which by subsequent name change became ABRF Inc.

As it is our duty to review and control ABRF resources and assets, we request an open conversation, proper review and return of ABRF assets in the current inventory of the Estate of Madeline Gins.

We hope that you will give this matter your full and expeditious attention so that there will be an amicable resolution in going forward.

Sincerely,

Andrew MacNair

Vice-President/Treasurer, Executive Director, Architectural Body Research Foundation Inc.

ANDREW MACNAIR, 418 CENTRAL PARK WEST, NEW YORK, NY, 10025, TEL : 646-241-5988, EMAIL: ABRFINFO@GMAIL.COM