Exhibit 6




JA / EN

NEWS      EXHIBITION      **COLLECTION**      GARDEN      SHOP      CAFÉ      SEZON STORY      INFORMATION      ACCESS

HOME  >  COLLECTION

# COLLECTION

## Starting from 1914

Our collection mainly consists of exhibitions from the: Exhibition space at the 8th floor during the period of Seibu Department Store in Ikebukuro, Seibu Museum, and Sezon Museum. The first encounter of Seibu Department Store and contemporary art was at the "Paul Klee" exhibition held at 1961. Collections over 500 pieces, historically started from the show of Man Ray in 1914, has lead to the works of the present. In 1990, held a large solo exhibiton of Man Ray, added "Modern Art" on the following year, and was renamed to Sezon Museum of Modern Art. Many historical works that are in deep relationship with the path of our muesum is being collected.



Man Ray (1914) ©MAN RAY TRUST / ADAGP, Paris & JASPER, Tokyo, 2016 C1132



Paul Klee (1920)



Wassily Kandinsky (1934)

## The Passage of Post-War & Contemporary Art

"Abstract Expressionism: The Formative Years" held at Seibu Museum in 1978, with the introduction of works seeking the origin of abstract expressionism by Jackson Pollock and Mark Rothko, American abstract expressionism has become the distinctive feature of of our collection. Moreover, with Jasper Jones, Sam Francis, and Andy Warhol, the passage of American contemporary art can be said as one of the main axis of the collection. Also, held a "Marcel Duchamp" exhibition in celebration of the relocation from Takanawa Art Museum to Karuizawa in 1981, accuiring <La boîte-en-valise (Box in a Valise) > (1968, 1935/41) later on. Then, holding exhibitions of frontier spirit leading the world, at the same time added its collection from artists such as: Yves Klein, Lucio Fontana, and Anselm Kiefer.



Jackson Pollock (1950)



Mark Rothko (1960) ©1998 Kate Rothko Prizel & Christopher Rothko / ARS, New York / JASPAR, Tokyo C1132



Jasper Johns (1974) © Jasper Johns / VAGA, New York & JASPER, Tokyo, 2016 C1132

## Japanese Contemporary Art

"The View of Japanese Contemporary Art" was the opening memorial exhibition held at the 12th floor at Seibu Department Store in 1975. The new museum, starting off with 27 Japanese artists, with their activities being followed by the museum, Shusaku Arakawa, Yokoo Tadanori, Keiji Usami, HIsao Domoto, Kumi Sugai, Mitsuo Kano, and Isamu Wakabayashi who designed the basic plan of the garden were among the attendants. Major collections for the Japanese artists are aquired chronologically by tracing each era of the respective artists.



Shusaku Arakawa＜The mechanism of meaning-Splitting of Meaning＞(c.1963/88) © 2016 Estate of Madeline Gins.



Natsuyuki Nakanishi＜Painting on the Edge Ⅷ＞ (1984) ©Natsuyuki Nakanishi



Tadanori Yokoo＜Solder's Dream＞（1986）
©Tadanori Yokoo

∧ GO TO

SITEPOLICY     SITEMAP

© SEZON MUSEUM OF MODERN ART All Rights Reserved