Exhibit 7

Sales Agreement

A      Container of Mind Foundation
      124 West Houston Street, New York, NY 10012
      President, Madeline Gins

B      The Saison Foundation
      16-1 Ginza 1 Chome, Chuo-ku, Tokyo
      President, Seiji Tsutsumi

The seller, Container of Mind Foundation, as A, and the purchaser, The Saison Foundation, as B, enter into an agreement, as follows, between A and B.

| | |
|---|---|
| Article 1 | A sold the following works of art to B, and B purchased them.<br>1 set of the "Mechanism of Meaning" by Shusaku Arakawa and Madeline Gins (described in the attached list)<br>(A series of works consisting of 81 paintings, 45 drawings and 1 architectural model) |
| Article 2 | The sales price of the Works of Art shall be 3,000,000 US dollars, and B shall pay a down payment of 500,000 US dollars to A at the time of the conclusion of this Agreement. The balance of 2,500,000 US dollars shall be paid by remittance to A, as follows:<br>By March 31, 1990    625,000 US dollars<br>By March 31, 1991    625,000 US dollars<br>By March 31, 1992    625,000 US dollars<br>By March 31, 1993    625,000 US dollars |
| Article 3 | Immediately after the execution of this Agreement, A will deliver the Works of Art to B at the place designated by B, and the ownership of the Works of Art will transfer to B upon the payment of the down payment of 500,000 US dollars. |
| Article 4 | If the Works of Art are lost or damaged after the delivery due to reasons not attributable to A, such losses shall be borne by B. |
| Article 5 | If B fails to make the installment payments set forth in Article 2, A may terminate this Agreement upon prescribing a 20-day period and demanding the performance in writing. |
| Article 6 | If this Agreement is terminated pursuant to the preceding Article, A may appropriate the installments already received to the usage fee for the Works of Art and the delay damages. In addition, if B is not able to return the Works of Art despite the termination of this Agreement, B must pay the amount equivalent to the installment sales price of the Works of Art and the delay damages to A as compensation for damages. |
| Article 7 | The competent court of first instance in the case where a dispute arises regarding this Agreement shall be the Tokyo District Court. |
| Article 8 | The governing law of this Agreement shall be the laws of Japan. |

IN WITNESS WHEREOF, this Agreement has been prepared in duplicate, and upon affixing their signatures and seals hereto, [A and B] will retain one (1) copy each.

March 15, 1989

                 [signature:]    Madeline Gins
Seller (A)      Container of Mind Foundation
                 President, Madeline Gins

Purchaser (B)    The Saison Foundation
                 President, Seiji Tsutsumi
[stamp:] The Saison Foundation
[seal:]        President of The Saison Foundation



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "arakawa_mm_agrm-c" is, to the best of my knowledge and belief, a true and accurate translation from Japanese into English.

*[signature]*
Aurora Landman

Sworn to before me this
September 26, 2017

*[signature]*
Signature, Notary Public

*[Notary stamp: ANGELA LO, NOTARY, NO. 01LO6353549, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-30-2021, STATE OF NEW YORK, PUBLIC]*

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

I, Bonnie Abraham Mikami, am a linguist hired by TransPerfect, a translation services company. I have been speaking Japanese for 36 years. I am a recipient of bachelor degrees in Japanese and Asian Studies from the University of Michigan, Ann Arbor, Michigan. I have studied Japanese translation for 30 years.

The document attached hereto is to the best of my ability, knowledge and expertise the true, accurate and complete English translation of the following document titled "Containers of the Mind Purchase and Sale Agreement" and that was originally written in the Japanese language.

Executed this 26th day of September

_Bonnie Abraham Mikami_
Linguist Name


Sworn to before me this

_Notary Public_

# 売 買 契 約 書

甲　Container of Mind Foundation
　　124 West Houston Street, New York, NY10012
　　President, Madeline Gins

乙　財団法人セゾン文化財団
　　東京都中央区銀座１丁目１６番１号
　　理事長　　堤　清二

　売主 Container of Mind Foundation を甲、買主　セゾン文化財団を乙として、甲乙間で次のとおり契約する。

第１条　甲は下記美術品を乙に売り渡し、乙はこれを買い受けた。
　　　　荒川修作とマドリン・ギンズ共作による「意味のメカニズム」一式（別紙リスト記載）
　　　　（絵画８１点、素描４５点、模型１点で構成されるシリーズ作品）

第２条　本件美術品の売買代金は、３，０００，０００米国ドルとし、乙は本契約成立時に、甲へ内金５００，０００米国ドルを支払うものとする。残金２，５００，０００米国ドルは、下記のとおり、甲方へ送金して支払う。
　　　　１９９０年３月３１日限り　金６２５，０００米国ドル
　　　　１９９１年３月３１日限り　金６２５，０００米国ドル
　　　　１９９２年３月３１日限り　金６２５，０００米国ドル
　　　　１９９３年３月３１日限り　金６２５，０００米国ドル

第３条　甲は本契約締結後直ちに乙に乙の指定する場所において、本件美術品を引き渡し、内金５００，０００米国ドルの支払いをもって、本件美術品の所有権は乙に移転する。

第４条　本件美術品が、引き渡し後甲の責に帰すべからざる事由により滅失または毀損したときは、その損失は乙の負担とする。

第５条　乙が第２条の割賦金の支払いを怠ったときは、甲は２０日間の期間を定めて書面で履行を催促したうえ、本契約を解除することが出来る。

第６条　前条により本契約が解除されたときは、甲はすでに受領した割賦金を、本件美術品の使用料と遅延損害金に充当することができる。また本契約が解除されたにもかかわらず、乙が本件美術品を返還できないときは乙は甲に本件美術品の割賦販売価格相当額と遅延損害金を損害賠償金として支払わねばならない。

第７条　本契約に紛争が生じた場合の第一審の管轄裁判所は、東京地方裁判所とする。

第８条　本契約の準拠法は日本法とする。

　上記のとおり契約が成立したので本書２通を作成し、署名押印のうえ各１通保持する。

１９８９年３月１５日

　　　　　　　　　　　　　　　　売主（甲）Container of Mind Foundation
　　　　　　　　　　　　　　　　　　　　　President, Madeline Gins




買主（乙）財団法人セゾン文化財団
　　　　　理事長