Exhibit 8

*Reversible Destiny* Foundation

ARAKAWA AND MADELINE GINS    ART    ARCHITECTURE    BOOKS

NEWS    FOUNDATION

ARTNEWS: ARAKAWA HEADS TO GAGOSIAN

FEBRUARY 1, 2017



The *Reversible Destiny* Foundation is pleased to announce the partnership with Gagosian Gallery, as featured in *ARTnews*.

**CLICK HERE TO READ ARTICLE**

"It has been anthologized in museum collections and exhibitions," Gagosian Gallery director Ealan Wingate told *ARTnews* of Arakawa's work, "but our current time has not kept up with it."

Arakawa's 2-D artworks will be the primary focus of the Gagosian collaboration. Chief among them is *The Mechanism of Meaning* (1963-1973), an 80-panel painting series that exists in two different versions, one at the Sezon Museum of Modern Art in Japan and the other in the holdings of the foundation. Reversible Destiny also has desires to bring out past writings and more eclectic work.

"Now we are looking at marvelous generations of artists who feel free to explore different ways of communicating through words, line, color, form, diagrams. It's interesting to go back to a forerunner."

–*ARTnews*, February 1, 2017



ARAKAWA + GINS