UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 8 2018

Architectural Body Research Foundation,

Plaintiff,

—v—

Reversible Destiny Foundation et al.,

Defendants.

17-CV-7748 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 14, 2017, the Defendants filed a motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction. Dkt. 19. On August 27, 2018, Magistrate Judge Barbara Moses recommended that this Court dismiss all of Plaintiff's claims. Dkt. 62. Plaintiff filed objections on September 7, 2018. Dkt. 65. Defendants responded to these objections on September 20, 2018. Dkt. 66.

The Court reviews *de novo* the portions of the Report and Recommendation to which timely objections were made. *See, e.g.*, *Beller v. Astrue*, No. 12 CV 5112 VB, 2013 WL 2452168, at *1 (S.D.N.Y. June 5, 2013) (citing 28 U.S.C. § 636(b)(1)(C)). This Court has considered Magistrate Judge Moses' Report and Recommendation and the parties' written submissions regarding objections. Finding no error in Judge Moses' thorough and well-reasoned report, the Court hereby overrules the objections and adopts the Report and Recommendation in full as the opinion of the Court. Therefore, Plaintiff's conversion, replevin, declaratory judgment, and copyright claims are hereby DIMISSED without prejudice. The Clerk of the Court is directed to close item number 19 on the docket of this case.

SO ORDERED.

1

Dated: September 28, 2018
      New York, New York

_____
ALISON J. NATHAN
United States District Judge